PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Raymond Pardee          Case Number: 2:02CR00011-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 10/15/2002             Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)    Date Supervision Commenced: 09/17/2004

Original Sentence: Prison - 37 months; TSR - 36 months    Date Supervision Expires: 09/16/2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

28    You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

29    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

30    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

On October 18, 2005, Second Chance-Iverson Center in Spokane, Washington, advised the probation office that the offender had tested presumptive positive for cocaine. On November 1, 2005, this officer received notification from Scientific Testing Laboratories (STL), in Richmond, Virginia, confirming that this test was confirmed positive.

Mr. Pardee was directed to report to the probation office on October 19, 2005. Michael Pardee was questioned about this presumptive positive October 18, 2005, urine test result. The offender subsequently signed the "Eastern District of Washington U.S. Probation and Pretrial Services Admission of Drug Use" form. He not only admitted using cocaine on October 15, 2005, but also drinking Miller Ice House Beer on this date, too. In addition, he acknowledged

drinking Miller Ice House beer and using cocaine on September 3, 2005. It should be noted that this particular iced beer is of a significantly higher alcohol content than regular beer.

On October 25, 2005, this officer received a copy of the offender's polygraph examination conducted on October 24, 2005, which confirmed his cocaine and alcohol abuse. He advised the examiner that he used drugs because he was bored. Additionally, he indicated he was smoking crack cocaine and drinking alcohol at a couples apartment. He stated that the woman was a prostitute. The man smoked crack cocaine with Mr. Pardee. As a result, the offender was asked to report to the probation office on October 25, 2005. Mr. Pardee was directed to cease contact with this couple.

This officer met with the offender's sex offender therapist, Bryan Stanfill, during November 2005, to discuss further treatment options. It was recommended that the offender could also benefit from mental health treatment with Betty McQuirk.

Mr. Pardee has previously made poor decisions and then attempted to blame them on this officer. Specifically, a June 15, 2005, polygraph confirmed that the offender was in the park. He relayed to Mr. Stanfill that this officer had authorized this. During the examination, he indicated that he just happened to walk into another tenant's apartment where he resides with him at the New Washington Apartments. The other tenant was on the Internet looking at pornography. Michael Pardee stated that he only viewed the pornography for "a few seconds." As a result, an intervention occurred between the offender, the therapist, and this officer because of his deceitful behavior to gain access to children.

Respectfully submitted,

by Brenda J. Kuest
U.S. Probation Officer
Date: December 1, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

DEC 2 2005

Date