PROB 12B
(7/93)

Report Date: February 24, 2006

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Michael Raymond Pardee      Case Number: 2:02CR00011-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  10/15/2002            Type of Supervision:  Supervised Release

Original Offense: Possession of Child Pornography,  Date Supervision Commenced: 09/17/2004
18 U.S.C. § 2252A(a)(5)

Original Sentence:  Prison - 37 months;           Date Supervision Expires: 09/16/2007
TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

31    You shall be prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

32    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

On February 20, 2006, this officer received notification from Second Chance-Iverson Center in Spokane, Washington, that the offender tested positive for cocaine on February 20, 2006. On February 22, 2006, this office contacted the offender and directed him to report to the probation office this same date. The offender complied. When asked about his drug usage, the offender initially indicated the following: "I was at a guy's house and he was smoking in another room." Mr. Pardee upon reflection, subsequently admitted to this officer that he consumed a 6-pack of 16 oz. containers of Busch Beer, along with $50 worth of cocaine between 9 p.m. to midnight on February 17, 2006, at a friend's house. He also signed the "Eastern District of Washington U.S. Probation and Pretrial Services Admission of Drug Use" form on February 22, 2006, admitting his alcohol consumption and drug usage.

Prob 12B
**Re:  Pardee, Michael Raymond**
**February 24, 2006**
**Page 2**

The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release" on February 22, 2006. He understands the rationale behind these added conditions of supervision based on his non-compliant behavior.

Respectfully submitted,

by  Brenda J. Kuest
U.S. Probation Officer
Date:  February 24, 2006

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

2/28/06
Date